PASQUALE LOLLOBRIGIDA, Respondent, v. GARNJOST REALTY Co., INC., Defendant, and TAGLIACOZZO SOCIAL CLUB, INC., Appellant.— Action to recover damages for injuries suffered as a consequence of plaintiff's bumping his head against a section of an improperly constructed stairwell in a building in Yonkers occupied and controlled by defendant Tagliacozzo Social Club, Inc. Judgment of the City Court of Yonkers in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

MAUD MARTELS, Appellant, v. FRED MARTELS, Respondent.— Interlocutory judgment dismissing plaintiff's amended complaint on the merits in an action for separation on the ground of cruelty and nonsupport, and granting judgment of annulment of marriage in favor of defendant upon his counterclaim, unanimously affirmed, without costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

SETH MOORE, Respondent, v. CHARLES ENTIN, Respondent, and SAMUEL STERN, Appellant.— In an action to recover damages for personal injuries suffered by plaintiff, caused by being scalded by water from a broken pipe in the basement of appellant's premises, judgment in favor of plaintiff, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell and Adel, JJ.; Aldrich, J., not voting.

CURTIS H. MUNCIE, Respondent, v. ADA B. MUNCIE, Appellant.— Order denying defendant's motion to change the venue of this action from the county of Westchester to the county of New York, affirmed, with $10 costs and disbursements. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

RICHARD NIERENBERG, as Administrator of the Estate of JOYCE NIERENBERG, Deceased, Appellant, v. ALBERT SAMS, Respondent.— Action to recover damages for the death of plaintiff's intestate, a thirteen-year-old girl, who crossed in front of a standing bus and was in contact with the defendant's truck while it was passing the bus. Judgment, entered on the verdict of a jury in favor of defendant, unanimously affirmed, without costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BOYLE, Appellant.— Defendant appeals from a judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting him of the crime of book-making (Penal Law, § 986). Judgment of conviction unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR DENENBERG, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of a violation of subdivision 1 of section 65 of the Alcoholic Beverage Control Law (sale to a minor), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD ELFLEIN, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of a violation of section 986 of the Penal Law (book-making), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.